VIRGINIA N. NOWELL v. J. WALTER NEAL AND ALFRED T. HAMILTON.

(Filed 23 November, 1955.)

APPEAL by plaintiff from *Huskins, Special J.,* May Term, 1955, of WAKE.

Civil action for damages on account of personal injuries, alleged to have been caused by the negligence of defendants, physicians and surgeons, in advising, and in the performance of, an operation, and in failure to render proper post-operation care.

During the progress of the trial, judgment of voluntary nonsuit was entered as to defendant Hamilton.

The court overruled motions for judgment of involuntary nonsuit as to defendant Neal. The first issue submitted to the jury was: "1. Was the plaintiff injured by the negligence of the defendant, Dr. J. Walter Neal, as alleged in the Complaint?" The jury answered this issue "No," and therefore did not consider the issue relating to damages.

Judgment in favor of defendant Neal was entered in accordance with the jury's verdict. Plaintiff excepted and appealed, the principal assignments of error relating to rulings as to the admission and exclusion of evidence and to the court's instructions to the jury.

*Vaughan S. Winborne, John A. Robertson, and Samuel Pretlow Winborne for plaintiff, appellant.*

*Smith, Leach, Anderson & Dorsett for defendant, appellee.*

PER CURIAM. After a protracted trial, involving the consideration of voluminous testimony, the jury resolved the controversial (first) issue in favor of defendant Neal. Careful consideration of plaintiff's assignments of error, brought forward and argued in the brief filed in her behalf, discloses no error of law deemed of sufficient prejudicial effect to warrant a new trial. Hence, the verdict and judgment will not be disturbed.

No error.